## Commonwealth *v.* Boyer et al., Appellants.

Argued September 14, 1970. *Lawrence E. Wood,* Assistant Public Defender, for appellants; *David C. Patten,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth, Appellant, *v.* Brazinski.

Argued September 16, 1970. *Alan B. McFall,* Assistant District Attorney, with him *Charles H. Spaziani,* District Attorney, for Commonwealth, appellant; *James C. Hogan,* with him *Hogan and Scott,* for appellee.

Appeal quashed.

WRIGHT, P. J., and CERCONE, J., dissent.